# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ARMAH,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>    Defendants. | Civil Action No. 22-1714 (BAH)<br><br>Judge Beryl A. Howell |

## ORDER

Upon consideration of defendants' Motion to Dismiss plaintiff Margaret Armah's Complaint, ECF No. 1, the related legal memoranda in support and in opposition, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the defendants' Motion to Dismiss, ECF No. 16, is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

**SO ORDERED.**

*This is a final and appealable order*.

Date: May 28, 2024

                    _____
                    **BERYL A. HOWELL**
                    United States District Judge